1  STEVEN H. GURNEE, ESQ. SB# 66056
   JOHN A. MASON, ESQ. SB# 166996
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON,
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM HELM, DEBORAH PRISE,          )  No.  CV 08-01184 SI
                                          )
15  HEATHER P. RADY, et al., on behalf of )
    themselves and all other employees and former )
16  employees similarly situated,         )  **[PROPOSED] AMENDED ORDER**
                                          )  **GRANTING PLAINTIFFS' MOTION**
17              Plaintiffs,               )  **FOR LEAVE TO EXCEED PAGE**
                                          )  **LIMITATIONS**
18       vs.                              )
                                          )
19  ALDERWOODS GROUP, INC., PAUL A.       )
    HOUSTON, SERVICE CORPORATION          )
20  INTERNATIONAL, SCI FUNERAL AND        )
    CEMETERY PURCHASING                   )
21  COOPERATIVE, INC., SCI EASTERN        )
    MARKET SUPPORT CENTER, L.P., SCI      )
22  WESTERN MARKET SUPPORT CENTER,        )
    L.P., a/k/a SCI WESTERN MARKET        )
23  SUPPORT CENTER, INC., and SCI         )
24  HOUSTON MARKET SUPPORT CENTER,        )
    L.P.                                  )
25                                        )
                                          )
26              Defendants.               )
    _____)
27

28

    [PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
    EXCEED PAGE LIMITATIONS
    Case No.: CV 08-01184 SI                                              1

Upon consideration of Plaintiffs' Motion for Administrative Relief seeking leave to file a Memorandum of Points and Authorities in Support for their Motion for Rule 23 Class Certification and appointment of class counsel in excess of the proscribed page limits (Docket No. 181), upon consideration of the parties' Stipulation for Plaintiffs to File Memorandum and Points of Authorities in Support of Plaintiffs' Rule 23 Class Certification Motion in Excess of Page Limits in which the parties agree that "Defendants likewise may file a response to plaintiffs' Rule 23 Motion for Class Certification and appointment of class counsel not to exceed 70 pages," (Docket No. 184), and in recognition of this Court's oral ruling on this issue made at the time of the September 25, 2009 Case Management Conference, IT IS HEREBY ORDERED that plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that:

1.    Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Rule 23 Class Certification and appointment of class counsel shall not exceed 70 pages; and

2.    Defendants, likewise, may file a response to plaintiffs' Rule 23 Motion for Class Certification and appointment of class counsel not to exceed 70 pages.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
Case No.: CV 08-01184 SI

2